UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NOAH SIMMONS,

                Petitioner,

    -against -

PEOPLE OF THE STATE OF NEW YORK

                Respondent.

----------------------------------------------------------------X

ORDER TO SHOW CAUSE

CV 09 4654(ARR)

*[Handwritten: This order is vacated. So ordered. S/Judge Ross 12/11/09  cc: parties]*

ROSS, United States District Judge:

    Upon the petition of Noah Simmons appearing pro se, for a writ of habeas corpus pursuant to 28 U.S.C. 2254, filed October 21, 2009, a copy of which is annexed, and in accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, 28 U.S.C. foll. Sec. 2254, having reviewed the petition and having determined that the petition should not be summarily dismissed pursuant to Rule 4, it is hereby

    ORDERED that petitioner is granted leave to proceed in forma pauperis; and it is further

    ORDERED that the Clerk of Court shall serve, by certified mail, a copy of this Order, the underlying Petition, and the Memorandum of Law and Exhibits, if any, on the attorney for respondent, the Attorney General of the State of New York, and the District Attorney of Kings County, Renaissance Plaza, 350 Jay Street, Brooklyn, NY 11201-2908, and it is further

## COPIES FORWARDED TO:

Noah Simmons
92_A 8166
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, NY 14411-9199


Kings County-District Attorney
Renaissance Plaza
@ 350 Jay Street, 19th Floor
Brooklyn, New York 11201-2908


Attorney General of the
  State of New York
120 Broadway
New York, NY 10271